Randall B. Aiman-Smith #124599
Reed W.L. Marcy #191531
Hallie Von Rock #233152
Carey A. James #269270
7677 Oakport St. Suite 1150
Oakland, CA 94621
T 510.817.2711
F 510.562.6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com
caj@asmlawyers.com

Attorneys for Plaintiffs

JONATHAN ALLAN KLEIN (SBN 162071)
THOMAS K. HOCKEL (SBN 172367)
SWETA H. PATEL (SBN 247115)
KLEIN, HOCKEL, IEZZA & PATEL P.C.
1981 North Broadway, Suite 220
Walnut Creek, CA 94596
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTAL NUCCI and KELLY SHAW, individually and on behalf of all others similarly situated and the California Labor & Workforce Development Agency, and ANA GOSWICK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RITE AID CORPORATION, THRIFTY PAYLESS, INC. and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 19-cv-01434-LHK<br><br>**JOINT SETTLEMENT STATUS REPORT – _SETTLEMENT REACHED_ – AND JOINT CASE MANAGEMENT STATEMENT**<br><br>The Honorable Lucy H. Koh<br><br>Date:　　　October 6, 2021<br>Time:　　　2:00 p.m.<br>Courtroom:　8, 4th Floor, San Jose |

Pursuant to Local Rule 16-10(d) and this Court's September 21, 2021, order (ECF No. 110), Plaintiffs Kristal Nucci, Kelly Shaw, and Ana Goswick ("Plaintiffs") and Defendants Rite Aid Corporation and Thrifty Payless, Inc. ("Defendants") provide the following settlement status and joint case management report in advance of the case management conference scheduled in this matter for October 6, 2021 at 2:00 p.m.

## I.   SETTLEMENT REACHED AT MEDIATION.

The parties report that their mediation on September 30, 2021, with mediator Jeff Ross was successful and they have reached an agreement to settle the case in its entirety. Defendants' management and counsel have been involved in the process and approval of the settlement; thus, this is not a mere agreement in principle. Rather, the parties anticipate having a fully-executed class action settlement agreement within 10 business days and that Plaintiffs will file their motion for preliminary approval by October 22, 2021.

## II.   CASE MANAGEMEN CONFERENCE.

In light of the settlement, the parties suggest that the Court vacate the October 6, 2021, case management conference; however, the parties are prepared to appear and report further on the settlement status or to receive any direction the Court might provide regarding the settlement and pending pretrial and trial dates. Otherwise, the parties anticipate that their next appearance before the Court would be on the motion for preliminary approval.

Respectfully submitted,

October 1, 2021

AIMAN-SMITH & MARCY
A PROFESSIONAL CORPORATION

/s/ Hallie Von Rock
_____

Hallie Von Rock
Attorneys for Plaintiffs

1  October 1, 2021                             KLEIN, HOCKEL, IEZZA & PATEL P.C.

                                               /s/ Thomas K. Hockel*
                                               _____
                                               Thomas K. Hockel
                                               Attorneys for Defendants

*Pursuant to Local Rule 5-1(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.