JONATHAN ALLAN KLEIN (SBN 162071)
THOMAS K. HOCKEL (SBN 172367)
SWETA H. PATEL (SBN 247115)
KLEIN, HOCKEL, IEZZA & PATEL P.C.
1981 North Broadway, Suite 220
Walnut Creek, CA 94596
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendants

Randall B. Aiman-Smith #124599
Reed W.L. Marcy #191531
Hallie Von Rock #233152
7677 Oakport St. Suite 1150
Oakland, CA 94621
T 510.817.2711
F 510.562.6830
ras@asmlawyers.com
rwlm@asmlawyers.com
hvr@asmlawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTAL NUCCI and KELLY SHAW, individually and on behalf of all others similarly situated and the California Labor & Workforce Development Agency, and ANA GOSWICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION, THRIFTY PAYLESS, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 19-cv-01434-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: PRELIMINARY APPROVAL HEARING DATE AND SCHEDULING ORDER**<br><br>Hon. Laurel Beeler |

    Plaintiffs Kristal Nucci, Kelly Shaw, and Ana Goswick ("Plaintiffs") and Defendants Rite Aid Corporation and Thrifty Payless, Inc. ("Defendants") hereby submit this Stipulation and [Proposed] Order Re: Preliminary Approval Hearing Date and Scheduling Order.

WHEREAS:

1. On January 18, 2022, the parties received a Notice that the court could accommodate a preliminary approval hearing date earlier than the February 10, 2022 date now scheduled. (ECF Dkt. 124). The parties met and conferred and agree to the Court's proposed hearing date of February 3, 2022.

2. The Notice also asked for an update in the form of a scheduling order that assumes that the court will enter the preliminary-approval order on the hearing date and that specifies any court deadlines by actual date, including the filing of any motions and the date of the final approval hearing (generally five weeks after the motion).

Accordingly, the parties stipulate and request an order as follows:

1. The hearing date for Plaintiff's Motion for Preliminary Approval to be set for February 3, 2022.

2. The scheduling order be approved with a hearing date for Plaintiff's Motion for Final Approval and Motion for Attorney's Fees and Costs to be set for May 25, 2022, or a date as soon thereafter as the Court has available.

                                              Respectfully submitted,

January 19, 2022                       KLEIN, HOCKEL, IEZZA & PATEL P.C.

                                              /s/ Thomas K. Hockel*
                                              _____
                                              Thomas K. Hockel
                                              Attorneys for Defendants

January 19, 2022

/s/ Hallie Von Rock

Hallie Von Rock
Attorneys for Plaintiffs

*Pursuant to Local Rule 5-1(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

# [Proposed] Order

The Court, having considered the above Joint Stipulation by counsel for Plaintiffs Kristal Nucci, Kelly Shaw, and Ana Goswick ("Plaintiffs") and Defendants Rite Aid Corporation and Thrifty Payless, Inc. ("Defendants"), and good cause appearing, the Court HEREBY ORDERS that the hearing date for Plaintiffs' Motion for Preliminary Approval of Class Action and PAGA Settlement is set for February 3, 2022 at _____ a.m./p.m. in Courtroom B, 15th Floor, located at 450 Golden Gate Ave., San Francisco, CA 94102.

The Court approves the following scheduling order:

| | |
|---|---|
| Date of preliminary approval of the Settlement as to the Class | February 3, 2022 |
| Deadline for Defendants to provide to Administrator and Class Counsel a list containing, for each Class Member, the following information: (1) name; (2) last known address, email address (to the extent such information is maintained in Defendants' Human Resources Information System) and phone number (to the extent such information is maintained in Defendants' Human Resources Information System); (3) Social Security Number; (4) number of weeks worked by each individual as a Class Member in a Rite Aid retail store during the Class Period; and (5) identity of Class Members whose employment has | March 4, 2022 |

JOINT STIPULATION AND [PROPOSED] ORDER RE: HEARING DATE AND SCHEDULING ORDER
*Nucci, et al. v. Rite Aid Corporation*                                                                Case No. 19-cv-01434-LB
Page 2

| | |
|---|---|
| terminated with Defendants. | |
| Deadline for Administrator to mail and email the Class Notice to Class Members | March 18, 2022 |
| Deadline for Settlement Class Members to file objections to the Settlement | April 18, 2022 |
| Filing of Final Approval Motion | April 20, 2022 |
| Deadline for Administrator to provide the Court with a declaration attesting to completion of the notice process | May 13, 2022 |
| Final Approval Hearing | May 25, 2022 at _____ a.m./p.m. |
| Effective Date | Upon Final Approval from the Court, following Notice to Class Members and a formal fairness hearing and entry of a final judgment by the Court |
| Deadline for Defendants to pay the Administrator all amounts awarded and approved by the Court ("Payment Date") | The latest of:<br>• 14 calendar days following the entry of a Judgment finally approving this Settlement<br>• If an objection is filed, 14 calendar days after any deadline to file an appeal has expired<br>• If an appeal has been taken or sought, 14 calendar days after the Judgment is finally affirmed by an appellate court with no possibility of subsequent appeal or judicial review, or the date the appeal(s) or reviews are finally dismissed |
| Deadline for Administrator to make all payments due under the Settlement | Within ten (10) business days of the Payment Date |

| Check-cashing deadline | 180 days after issuance |
|---|---|
| Deadline for Administrator to either distribute uncashed check funds to *cy pres* recipient or redistribute such funds | As soon as practicable after check-cashing deadline |
| Deadline for Plaintiffs to file a Post-Distribution Accounting | Within 21 days after the distribution of any remaining monies to Class Members who cashed their Settlement Award check or to the *cy pres* recipient |

**IT IS SO ORDERED.**

DATED: _____

Hon. Laurel Beeler