UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KRISTAL NUCCI, KELLY SHAW, and ANA GOSWICK, individually and on behalf of all others similarly situated and the California Labor & Workforce Development Agency,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION, THRIFTY PAYLESS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 19-cv-01434-LB<br><br>**JUDGMENT** |

On May 26, 2022, the court granted the plaintiffs' motion for final approval and granted the plaintiffs' motion for attorney's fees, costs, and service awards. Judgment is entered. The Clerk is ordered to close this file.

**IT IS SO ORDERED.**

Dated: May 26, 2022

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 19-cv-01434-LB